UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2022
CLERK, U.S. DISTRICT COURT
By _____ Yvue
Deputy

ROBERT GRIMSLEY
Plaintiff,

vs.

THE CITY OF DALLAS, TX.;
JOHN & JANE DOE (Every company and CEO thereto trading under NASDAQ & DOW JONES indexes);
DAIRY PURE; DEAN FOODS CO.; TIM WELSH; BETHANY SMITH; HEIDI STEWARD; LT. REYNA; Dpt. CHAVEZ;
JOHN & JANE DOES (All aiders, abettors, profiteers, participants & conductors to the RICO; directly & indirectly.)
DEFENDANTS.

# 3-22CV1795-E

CIVIL RICO
COMPLAINT

**** Compl. w/ Jury Demand ****

1. Jurisdiction: Fed Question. Cause: 18 U.S.C. §§ 1961 et seq. Description: Manstealing.

2. Pltf has been kidnapped since April of 2018 under the guise that he is a "prisoner"[1] in accordance with 28 U.S.C. §§ 1915(h)[1]. "[P]articular[]"[2] method and schemata: Fraud in the facta & actual fraud: On 4/4/18, 7/10/18, 8/9/18, defendants WELSH, SMITH, & STEWARD executed statutes ORS 137.370(4) & (2) contrary to statute via cutting & pasting, and applied them to Pl's court ordered judgment w/ John & Jane Doe associates applying force to execute.[3]

---

1. The lawmakers "prisoner" definition. Text & Context re corpus serving state conviction: for it to be "convicted of, [and] sentenced for... violations of criminal law[.]"
2. FRCP. 9(b)
3. SEE also 28 U.S.C. §§ 2254(a) & (b), the Fed Habeas standard and excusing exhaustion doctrine for overturning a state conviction may ONLY be entertained for a corpus "in custody pursuant to the judgment of a state court[.]" That is the statutory requirement for a petitioner. The bench must not blur the distinction between false imprisonment & simple kidnapping due to the appearance of a "facility."


3. On 3/17/22, pltf was trafficked by the enterprise to another facility where defendants REYNA & CHAVEZ employ fake accussatory instruments — printed from a server online — to conceal & disguise the kidnapping of pltf.

WHEREFORE, pltf demands One-Hundred Trillion USD ($100,000,000,000,000) in actual & punies against defendants enterprise for the aggravated manstealing of his corpus, which was executed with actual malice, premeditated malice, deceit, & true connivance thereof.

## VERIFICATION

Under penalty of perjury the foregoing is true & correct.

Executed at Vale, OR on August 10, 2022.

_Robert Grinsly_
Robert Grinsly

Submitted,
Robert Grinsly
Peaky Pleadings
15r B St. West
Vale, OR. 97918

## Certificate of Service

I, Robert Grinsley, certify that on 8/10/22 I mailed a JS44 civil cover sheet & Civil Rico Complt to:

Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce St, Rm 1452
Dallas, TX 75242

Under penalty of perjury,

*R. Grinsley*

Robert Grinsley
Held @ 15C B Street
Vale, OR
97918

1 of 1 cert of service

JS 44 (Rev. 04/21)            **CIVIL COVER SHEET**     3-22CV1795-E

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**    Robert Grimsley

**DEFENDANTS**    The City of Dallas, TX.; Et Al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Peaky Pleadings, 151 B St. West, Vale, OR. 97918

Attorneys *(If Known)*

RECEIVED AUG 16 2022 mb
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**    Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 U.S.C. §§ 1961 et seq.
Brief description of cause: Monsterling

**VII. REQUESTED IN COMPLAINT:**   [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $ 100,000,000,000,000    CHECK YES only if demanded in complaint:   JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:   JUDGE _____   DOCKET NUMBER _____

DATE 8/10/22    SIGNATURE OF ATTORNEY OF RECORD *Robert Grimsley*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Robert Grimsley
PEAKY PLEADINGS
151 B St. West
Vale, OR 97918

BOISE ID 836
11 AUG 2022 PM 1 L

Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce St., Rm. 1452
Dallas, TX. 75242

AUG 16 2022

75242-131052